UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROY JACKSON, d/b/a, PROFESSIONAL
AUDITING SERVICES OF AMERICA,

       Plaintiff,

       v                                                  Case No. 2:10-cv-10051-BAF
                                                           Hon. Bernard A. Friedman
                                                   Magistrate Judge Mark A. Randon

THE AUDIT GROUP, INC. and
JOHN WEISS,

       Defendants.

---

| | |
|---|---|
| RICHARD L. HAMLYN (P28013)<br>Attorney for Plaintiff<br>P.O. Box 250625<br>Franklin, Michigan 48025<br>(248) 562-7723<br>rlhpc@comcast.net | KEEFE A. BROOKS (P31680)<br>Brooks Wilkins Sharkey & Turco, PLLC<br>Attorneys for Defendant<br>401 S. Old Woodward Avenue, Ste 460<br>Birmingham, Michigan 48009<br>248 971-1710<br>brooks@bwst-law.com |

---

**Defendants' Witness List**

       Defendants, by their attorneys Brooks Wilkins Sharkey and Turco, PLLC, submit the following list of potential witnesses:

1.     John Weiss

2.     Sarah McLaughlin-Weiss

3.     Felicia Marks

4.     Any and all past and present employees of Jackson Health System having personal knowledge of the facts and circumstances in this case including, but not limited to:

       a.     Michelle Romano

       b.     Lenny Weinstein

   c. Henry Taylor

   d. Thomas Blaine

   e. Ivenette Cobb

   f. Marlane Berg

5. Raeann French

6. Stacie Bayes

7. Carol Flores

8. Roy Jackson

9. Vicky O'Donnell

10. All persons listed in the PAS submission as "employees" of PAS

11. All employees or agents identified by PAS in discovery materials including, but not limited to:

   a. Reney DuBose

   b. Nicole Holmes

   c. Crystal Roumayah

   d. Milissa Burdette

   e. Ina Hudson

   f. Isaiah Jackson

   g. April Michalak

   h. Nataliya Motovylyak

   i. Katie Jadach

   j. Yana Meir

   k. Richard Lanza

       l.      Amanda Roseman

       m.     Leonard Mungo

       n.      Dorothy Jackson

12.    Pat Weber

13.    Maja Lulgjural

14.    Nicholas G. Higgens

15.    Keeper of the records, PAS

16.    Keeper of the records, State of Michigan, Bureau of licensing

17.    Keeper of the records, Walsh College

18.    Keeper of the records, Jackson Health System

19.    Keeper of the records, Furniture Bank of Southeastern Michigan

20.    All persons listed by Plaintiff, whether or not called

21.    All persons listed by Plaintiff in his Rule 26 initial disclosures

22.    All persons first disclosed in continuing discovery

23.    Rebuttal witnesses as necessary

24.    Jon McCracken

25.    Michael Dean

26.    Keeper of the Records, Port Huron Hospital

27.    Keeper of the Records, Equal Employment Opportunity Commission

                                            Respectfully submitted,

                                By:    /s/ Keefe A. Brooks
                                      Keefe A. Brooks (P31680)
                                      Brooks Wilkins Sharkey & Turco
                                      401 S. Old Woodward Ave., Suite 460
                                      Birmingham, Michigan 48009

                (248) 971-1710
                brooks@bwst-law.com
                Attorneys for Defendants

Dated: June 1, 2010

## Certificate of Service

The undersigned certifies that on the 1st day of June, 2010, he filed and served this Witness List in accordance with the rules and procedures of this Court for filing and service of electronically filed documents.

        By:    /s/ Keefe A. Brooks
                Keefe A. Brooks (P31680)
                Brooks Wilkins Sharkey & Turco
                401 S. Old Woodward Ave., Suite 460
                Birmingham, Michigan 48009
                (248) 971-1710
                brooks@bwst-law.com
                Attorneys for Defendants