UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROY JACKSON, d/b/a, PROFESSIONAL
AUDITING SERVICES OF AMERICA,

    Plaintiff,

v

THE AUDIT GROUP, INC. and
JOHN WEISS,

    Defendant.

Case No. 2:10-cv-10051-BAF
Hon. Bernard A. Friedman
Maistrate Judge Mark A. Randon

---

RICHARD L. HAMLYN (P28013)
Attorney for Plaintiff
P.O. Box 250625
Franklin, Michigan 48025
(248) 562-7723
rlhpc@comcast.net

KEEFE A. BROOKS (P31680)
Brooks Wilkins Sharkey & Turco, PLLC
Attorneys for Defendant
401 S. Old Woodward Avenue, Ste 460
Birmingham, Michigan 48009
248 971-1710
brooks@bwst-law.com

---

### Plaintiff's Witness List

Plaintiff may call the following witnesses at trial:

1. Roy Jackson;

2. John Weiss;

3. The following individuals from Hurley Medical Center (Hurley Plaza; Flint, MI 48502; PH- (810) 257-9000):

    a.    Mike Tripp – Internal Audit Manager

    b.    Carol Skowronski – Financial Analysis Manager

    c.    Romona (last name unknown) – Accounts Payable Clerk

      d.    Dek Edward – Finance Department

      e.    Greg Anderson – Finance Department

4. Representatives of Jackson Health knowledgeable of the facts of this case, in particular;

   a. Michelle Romano, Procurement Contracting Officer, Jackson Health System, 1611 N.W. 12th Avenue, Holtz Center B066, Miami, FL 33136, 305 585-7957.

   b. Marlane Berg; and

   c. Henry Taylor.

5. Nicole Holmes, who is employed by Plaintiff and can be reached at its offices;

6. Lawrence Altman, Esquire;

7. Keeper of the records, Jackson Health;

8. Keeper of the records, Defendant, The Audit Group, Inc.;

9. Any and all lay and expert witnesses listed by Defendant in this case;

10. Any and all lay and expert witnesses identified in continuing discovery responses;

11. Rebuttal Witnesses as necessary:

12. Plaintiff reserves the right to amend this Witness list to add such other witnesses, as permitted.

                         /s/ Richard L. Hamlyn
                         RICHARD L. HAMLYN (P28013)
                         Attorney for Plaintiff
                         P.O. Box 250625
                         Franklin, Michigan 48025
                         (248) 562-7723
                         rlhpc@comcast.net

Dated: June 1, 2010

## Certificate of Service

The undersigned certifies that on the 1st day of June, 2010, he filed and served this Witness List in accordance with the rules and procedures of trhis Court for filing and service of electronically filed documents.

>/s/ Richard L. Hamlyn
>RICHARD L. HAMLYN (P28013)
>Attorney for Plaintiff
>P.O. Box 250625
>Franklin, Michigan 48025
>(248) 562-7723
>rlhpc@comcast.net

Dated: June 1, 2010